FILED
00 APR 24 PM [...]
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **JOANN TERRY, et al.,** | ] |
| Plaintiff(s), | ] |
| vs. | ] CV-98-N-2267-W |
| **PETRO STOPPING CENTER, L.P., et al.,** | ] |
| Defendant(s). | ] |

ENTERED
APR 2 4 2000

## FINDINGS AND CONCLUSIONS

This cause coming to be heard on the written application of the plaintiffs, supported by certificate for judgment by default in favor of plaintiffs and against defendant, Alabama Precision Environmental, Inc. pursuant to Rule 55, Federal Rules of Civil Procedure, the court makes the following findings and conclusions:

1. The summons and complaint were properly served upon Allen Cunningham, Registered Agent for defendant Alabama Precision Environmental, Inc. via certified mail on July 2, 1999. Defendant has failed to appear or otherwise defend.

2. An entry of default was entered by the Clerk of the Court against Alabama Precision Environmental, Inc. on August 24, 1999.

3. Defendant is not an infant or incompetent person, nor served in the military service of the United States since the filing of this suit nor for a period of six months prior to such filing.

4. After carefully and thoroughly reviewing the plaintiffs' submission, including affidavits, the court finds that defendant is indebted to plaintiffs in the sum of $85,000.00, plus court costs. A judgment will enter accordingly.



E-FILE
48650
63

Done, this __24th__ of April, 2000.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE